UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LAURIE A. BUONANNO,
MARK LANZE,

                Plaintiffs,

                                          ORDER
     v.                                      10-CV-904A

VERMONT ICELANDIC HORSE FARM, INC.,

                Defendant.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 10, 2011, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion to dismiss the claim be granted to the extent it seeks dismissal for lack of personal jurisdiction but otherwise be denied as moot.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion to dismiss the claim is granted to the extent it seeks dismissal for lack of personal jurisdiction.

The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: March 23, 2011